AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Manta Industries Ltd.

                Plaintiff (s),

V.

Paul P. Law a/k/a Paul Law, et. al
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 16-CV-8308-LAP

Notice is hereby given that, subject to approval by the court, __Paul P. Law__ substitutes
(Party (s) Name)

__Chi-Yuan Hwang, Esq.__, State Bar No. __1852755__ as counsel of record in
(Name of New Attorney)

place of __Xuejie Wong, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:       Chi-Yuan Hwang, Esq.
    Address:          39-01 Main Street, Suite 510, Flushing, New York 11354
    Telephone:      (917) 709-6640     Facsimile
    E-Mail (Optional):  cyhlawoffice@gmail.com

I consent to the above substitution.
Date: 11/20/2019

Paul P. Law     (Signature of Party (s))

I consent to being substituted.
Date: 11/11/2019

(Signature of Former Attorney (s))
Xuejie Wong, Esq.

I consent to the above substitution.
Date: 10/11/2019

(Signature of New Attorney)
Chi-Yuan Hwang

The substitution of attorney is hereby approved and so ORDERED.
Date: 11/26/19

_Loretta A. Preska_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11-26-19