UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
MANTA INDUSTRIES, LTD.,              :
                                     :
                Plaintiff,           :       16 Civ. 8308 (LAP)
                                     :
    -against-                        :       Order
                                     :
PAUL LAW, ET AL.,                    :
                                     :
                Defendants.          :
                                     :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Mr. O'Donniley's November 4, 2019 letter detailing his efforts to obtain discovery from the Laws. He sets out numerous contacts with their attorney, Ms. Wong, but reports a lack of progress. The Court inquired of Ms. Wong whether she intended to submit a response, and she said that she would do so promptly. That was over a month ago.

Accordingly, the Court will enter the order requested by Mr. O'Donniley compelling responses to various discovery requests. Mr. and Mrs. Law are reminded that failure to comply with this order may result in sanctions.

SO ORDERED.

Dated:   New York, New York
         January 14, 2020

                            _____
                            LORETTA A. PRESKA
                            Senior United States District Judge