```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-15-2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MANTA INDUSTRIES LTD.,

               Plaintiff,         16 Civ 8308 (LAP)

   -against-                        ORDER

Paul P. Law, aka Paul Law, et al.,

               Defendants.
------------------------------------X

LORETTA A. PRESKA, Senior United States District Judge:

    Upon the letter motion of Plaintiff's Counsel dated November 4, 2019 it is hereby ordered that:

1. On or before November 25, 2019, Defendant Paul Law is to provide responses to the following:

   a. Request #1 of Plaintiff's request for production of documents dated June 15, 2019; and
   b. All requests in Plaintiff's request for production of documents dated June 26, 2019.

2. On or before November 25, 2019, Defendant Lourdes Law is to provide responses to the following:

   a. All requests in Plaintiff's request for production of documents dated June 26, 2019; and
   b. All requests in Plaintiff's request for production of documents dated September 5, 2019.

3. On or before November 25, 2019, Defendant Lourdes Law or her attorney is to deliver to Plaintiff's counsel Lourdes Law's original, signed IRS Form 4506 for tax years 2011, 2012, 2013, 2014, 2015, 2016, 2017, and 2018.

4. FAILURE TO COMPLY MAY RESULT IN SANCTIONS.

SO ORDERED.

Dated:   New York, New York
          January 14, 2019

                                             LORETTA A. PRESKA
                                             Senior United States District Judge