UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Manta Industries Ltd.,
                    Plaintiff(s),      :    16 CV 8308 (LAP)

            -against-                          ORDER

Paul P. Caw,
                    Defendant(s).
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

   Counsel shall confer and inform Judge Preska by letter no later than September 27, 2023 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: 9/21/23
New York, New York