# BHATIA & ASSOCIATES PLLC

## ATTORNEYS & COUNSELORS AT LAW

Satishbhatiaus@yahoo.com

1270 Broadway, Suite 304
New York, NY 10001
T: (212) 239-6898
F: (212)594-7980

Satish K Bhatia. Esq

**BY ECF**
Hon. Loretta A. Preska
U.S. District Judge
Southern District of New York
500 Pearl Street
Court Room No. 12 A
New York, NY 10007

Re: **MANTA INDUSTRIES LTD et al. v PAUL P LAW et al. 16-CV-8308**

Subject: **Request for Dismissal of Action against the defendant Jonathan Anand due to the Bankruptcy petition filed by Mr. Anand in the Eastern District of Virginia Case No: 23-50762**

Dear Hon. Judge Preska:

This office represents Defendants, Jonathan Anand, and Ors. in the captioned matter.

On or about 11/07/20830823, we requested the court to stay the present action due to bankruptcy filing (Docket No: 121). On or about 11/09/2023, Hon. Loretta A. Preska ordered granting defendant request and directing the defendant whether the defendant intended to stay the above reference case (Docket no: 118). On the same date 11/07/2023, the counsel for the plaintiff Manta Industries LTD wrote a letter requesting the court's permission to file a motion to drop the defendant Jonathan M Anand from this case and proceed against the remaining defendants due to automatic stay pursuing to 11 U.S.C § 362.

We, therefore request the court to dismiss the defendant Jonathan Anand from the above reference case and to pass any other order which court deems fit and proper.

Respectfully Submitted,

/s/
Satish K. Bhatia, Esq.
CC: John M. McGovern, Esq. (Via ECF)

*[Handwritten note:]* The parties shall inform the Court by letter no later than December 7 if there is any reason Mr. Anand should not be dismissed from the case without prejudice.

11/30/23    Page 1 of 1

**SO ORDERED**

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE