UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Manta Industries Ltd.,

        Plaintiff,

-against-

Law, et al.,

        Defendants.

---

No. 16 CV 8308 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    On August 12, 2024, the Court awarded Plaintiff monetary sanctions under Rule 37(b)(2)(C) and ordered the Laws to provide all outstanding discovery by no later than September 13, 2024 or risk further sanctions. (See dkt. no. 145 at 15.) On September 13, 2024, Plaintiff informed the Court that the Laws had failed to comply with the Court's August 12 Order, and Plaintiff renewed its motion for entry of an order to strike the Laws' Answer, enter default judgment against them, and schedule a damages hearing. (See dkt. no. 146.) The Laws did not oppose.

    Accordingly, the Clerk of the Court is directed to strike the Laws' Answer, (dkt. no. 85), and to enter default judgment against Defendants Paul and Lourdes Law. A damages hearing will take place on December 17, 2024 at 10:00 a.m. in Courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:    October 1, 2024
           New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.