**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MANTA INDUSTRIES LTD.,

                Plaintiff,

-against-                                   16 **CIVIL 8308 (LAP)**

**JUDGMENT**

LAW, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 1, 2024, that default judgment is against Defendants Paul and Lourdes Law.

**Dated:**  New York, New York

       October 2, 2024

                                                                    DANIEL ORTIZ
                                                           **Acting Clerk of Court**

                               **BY:**
                                                         _____
                                                             **Deputy Clerk**