UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Manta Industries Ltd.,

          Plaintiff,

-against-

Law, et al.,

          Defendant.

No. 16 CV 8308 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' papers relating to Plaintiff's motion for Rule 37 sanctions against Defendants Yogesh Anand, Jonathan Anand, and Kum Casanova. (See dkt. nos. 75-77, 86, 90.) Five years have passed since the parties briefed the instant motion. Since that time, one of the three Defendants – Jonathan Anand – commenced chapter 7 bankruptcy proceedings and was dismissed from this action without prejudice. (See dkt. no 144.) Accordingly, the parties shall inform the Court, via letter, no later than October 22, 2024 of the status of this motion, including any developments since its filing and the parties' efforts to progress this case.

    Additionally, the parties' papers suggest that the pro se Defendants, Yogesh Anand and Kum Casanova, may have submitted opposition papers that were not provided to the Court. Specifically, counsel to Mr. Jonathan Anand stated that "our office has reviewed the response by the pro se Defendants Yogi Anand and

Kum Casanova . . . ." (See dkt. no. 86 ¶ 7.) Plaintiff's reply also purports to address the oppositions of Defendants Yogesh Anand and Kum Casanova and argues that "the medical excuses provided by the Defendants Yogesh Anand and Kum Casanova were addressed and mooted by the Court's order for remote depositions." (See dkt. no. 90 ¶¶ 2, 4.) As such, the parties are further directed to clarify if Defendants Yogesh Anand and Kum Casanova submitted oppositions to Plaintiff's Rule 37 motion and, if they did, shall submit copies to the Court.

**SO ORDERED.**

Dated:   October 8, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

2