```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| Manta Industries Ltd.,<br><br>              Plaintiff,<br><br>-against-<br><br>Paul P. Law, et al.,<br><br>              Defendants. | No. 16 CV 08308 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

On December 17, 2024, the Court held a damages hearing and ordered that the parties inform the Court when they plan to file proposed findings of fact and conclusions of law. (Dkt. no. 160, 56:13-15, 57:5-8.) The parties shall update the Court, by letter, by February 7, 2025.

**SO ORDERED.**

Dated:    January 29, 2025
           New York, New York

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge