**Chi-Yuan Hwang, Esq.**
Attorney-at-Law
39-01 Main Street, Suite 510
Flushing, New York 11354

Tel No.: (917) 709-6640                                       Fax: (718) 228-2619

April 25, 2025

Via ECF

Hon. Loretta A. Preska, USDJ
United States District Court
Southern District of New York
500 Pearl Street
Room 2220
New York, New York 10007

Re:   Manta Industries, Ltd. v. Paul P. Law, et. al., Case No. 16-cv-8308
      Response to the Plaintiff's Request to Renew Motion for Sanction to Strike
      Answer, Enter Default Against Paul Law and Lourdes Law, And Schedule
      Damages Hearing

Dear Judge Preska:

Under your order dated January 29, 2025, the plaintiff's attorney John M. McGovern submitted a letter dated February 6, 2025 promising to submit the proposed Finding of Facts and Conclusion of Law (the "Finding") by February 14, 2025. However, he did not file the Document until April 22, 2025 which is two months and 8 days late. Mr. Mr. McGovern did not request an extension of time from this Court to file the Document nor did he seek my consent for the late filing. His submission is too late and the Document should be striken and ignored.

```
The request to strike is DENIED.  Mr.
McGovern emailed his proposed findings to
the Court, Mr. Hwang, and Mr. O'Donniley
on February 7, 2025.  The Court recently
requested that Mr. McGovern file it on the
docket and he did so.  The Clerk of the
Court is directed to close dkt. nos. 170
and 171.  SO ORDERED.
```

*[signature: Loretta A. Preska]*

```
Loretta A. Preska
United States District Judge

April 29, 2025
New York, New York
```

*[signature: Chi-Yuan Hwang]*
Chi-Yuan Hwang, Esq.