UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Manta Industries Ltd.,
a foreign P. R. of China          No. 16 Civ. 8308 (LAP)
Corporation,

        Plaintiff,                ORDER OF CONFERENCE

        -against-

Paul P. Law, aka Paul Law; Yogesh
M. Anand, aka Yogesh Anand, aka
Yogi Anand; Kum S. Casanova, aka
Kum Casanova, aka Kum Sun
Casanova; Jonathan M. Anand, aka
Jon Anand, aka Jonathan N. Anand;
Lourdes Law, aka Lou Law, aka
Lourdes P. Law, aka Lourdes W.
Law; Fashion Industries, Ltd.;
XYZ Inc.s 1-10; ABC LLCs 1-10;
John Does 1-10; and Jane Does 1-
10,

        Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

     The Court is in receipt of Plaintiff's request to amend the

Seconded Amended Complaint and add a fraudulent transfer claim

against non-party Elaine Kim [Dkt. 174.]  Plaintiff's counsel

shall appear for virtual conference on Tuesday, December 9, at

11:00 AM.  **SO ORDERED.**

Dated:    December 4, 2025
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge