UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Manta Industries Ltd.,
a foreign P. R. of China
Corporation,

       Plaintiff,

      -against-

Paul P. Law, aka Paul Law;
Yogesh M. Anand, aka Yogesh
Anand, aka Yogi Anand; Kum S.
Casanova, aka Kum Casanova, aka
Kum Sun Casanova; Jonathan M.
Anand, aka Jon Anand, aka
Jonathan N. Anand; Lourdes Law,
aka Lou Law, aka Lourdes P.
Law, aka Lourdes W. Law;
Fashion Industries, Ltd.; XYZ
Inc.s 1-10; ABC LLCs 1-10; John
Does 1-10; and Jane Does 1-10,

      Defendants.
_____

Case No. 16 Civ. 8308 (LAP)

**JUDGMENT**

On October 1, 2024, the answer filed by Defendants Paul P. Law and Lourdes Law, (dkt. no. 85), was stricken for violating discovery orders pursuant to Federal Rule of Civil Procedure 37(b). (Dkt. no. 147). Subsequently, on November 22, 2024, the answer filed by Defendants Yogesh M. Anand and Kum Sun Casanova, (dkt. no. 41), was also stricken for violating Federal Rules of Civil Procedure 37(b) and 55. (Dkt. no. 153).

On December 17, 2024, pursuant to Federal Rule of Civil Procedure 55(b)(2), this Court held a damages inquest to determine

1

the amount of Plaintiff's damages. (See Dec. 17, 2024 Tr. (dkt. no. 160)). On December 2, 2025, pursuant to Fed. R. Civ. P. 52(a), the Court entered its findings of fact and conclusions of law regarding damages, with the Court awarding Plaintiff damages against Defendants Paul P. Law, Lourdes Law, Yogesh Anand, and Kum Casanova, jointly and severally, in the amount of $2,543,466.99, plus prejudgment interest. (Dkt. 173).

Judgment shall enter in the amount of $2,543,466.99, jointly and severally, against Paul P. Law, Lourdes Law, Yogesh Anand, and Kum Casanova. Pursuant to N.Y. CPLR § 5004, simple prejudgment interest, at the rate of nine percent (9%) per year, shall be added with a run date of May 1, 2017. (Dkt. 173 ¶¶ 84-85). Through and including December 8, 2025, accrued prejudgment interest is $1,971,152.08, plus $627.16 daily prejudgment interest until entry of judgment.

**SO ORDERED.**

December ___16___, 2025
New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

2